**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| HOLDEN ANTHONY CRAIG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-00049-TWP-KMB |
| BULLITT COUNTY, KENTUCKY, | ) ) ) |
| Defendant. | ) |

**Order Transferring Case to the Western District of Kentucky**

Holden Craig is currently housed at the Jeffersonville County Jail in Jeffersonville, Indiana. He filed this action against Bullitt County, Kentucky. Dkt. 1. In his complaint, he alleges that after he escaped from a hospital in southern Indiana, he was arrested and assaulted by Bullitt County police officers before being wrongfully incarcerated in the Bullitt County Jail for 16 days. *Id.* at 1−3.

When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). The events that gave rise to this complaint occurred in Bullitt County, Kentucky. Because Bullitt County sits in the Western District of Kentucky, *see* 28 U.S.C. § 97(b), that is the proper district for this action. The Court will transfer the case there. *See* 28 U.S.C. § 1404 ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . .").

Accordingly, the above action is now **TRANSFERRED** to the United States District Court for the Western District of Kentucky.

Mr. Holden included his social security number in his Complaint. The **clerk is directed to temporarily seal the complaint** at docket 1. Mr. Holden should file a redacted complaint which removes some or all of his social security number as the complaint will likely need to be unsealed.

**IT IS SO ORDERED.**

Date: 3/22/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

HOLDEN ANTHONY CRAIG
2450 Mallard Run
Jeffersonville, IN 47130